| HCDistrictclerk.com | SHEPHERD-HULDY DEVELOPMENT I, LLC vs. GREENBERG FINANCE, LLC | | | 2/4/2025 |
|---|---|---|---|---|
|  | Cause: 202507481    CDI: 7    Court: 234 | | | |



## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 118762710 | Plaintiffs Verified Original Petition and Emergency Application for Temporary Restraining Order | | 02/04/2025 | 9 |
| > 118762713 | Exhibit A | | 02/04/2025 | 1 |
| > 118762714 | Exhibit B | | 02/04/2025 | 9 |
| > 118762715 | Exhibit C | | 02/04/2025 | 8 |
| > 118762716 | Exhibit D | | 02/04/2025 | 10 |
| > 118762717 | Exhibit E | | 02/04/2025 | 10 |
| > 118762718 | Exhibit F | | 02/04/2025 | 10 |
| > 118762719 | Exhibit G | | 02/04/2025 | 11 |
| > 118762720 | Exhibit H | | 02/04/2025 | 16 |
| > 118762721 | Exhibit I | | 02/04/2025 | 15 |
| > 118762722 | Exhibit J | | 02/04/2025 | 6 |
| > 118762723 | Exhibit K | | 02/04/2025 | 1 |
| > 118762724 | Exhibit L | | 02/04/2025 | 15 |
| > 118762725 | Exhibit M1 | | 02/04/2025 | 1 |
| > 118762726 | Exhibit M2 | | 02/04/2025 | 8 |
| > 118762727 | Exhibit N | | 02/04/2025 | 1 |
| > 118762728 | Exhibit O | | 02/04/2025 | 5 |
| > 118762711 | Proposed Order Granting Plaintiff's Emergency Application for Temporary Restraining Order | | 02/04/2025 | 3 |
| > 118762712 | Unsworn Declaration of Ali Choudhri | | 02/04/2025 | 1 |