United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 04, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § § § | CASE NO.: 24-32146 |
| | § | CHAPTER 11 |
| DEBTOR. | | |

| | | |
|---|---|---|
| SHEPHERD-HULDY DEVELOPMENT I, LLC, | § § | |
| *Plaintiff,* | § | |
| v. | § § | ADV. PROCEEDING NO. 25-03024 |
| GREENBERG FINANCE, LLC | § § | |
| *Defendant.* | § | |

**ORDER**

Upon the Emergency Motion to Dissolve State Temporary Restraining Order (the "Motion") filed by Greenberg Finance ("Greenberg Finance"), IT IS HEREBY ORDERED THAT:

the Court finds that the state court temporary restraining order is in violation of the Court's Order and it is ORDERED that the temporary restraining order is dissolved and Greenberg Finance may proceed to foreclose in compliance with the Court's Agreed Order dated September 30, 2024 [Main Case Dkt. No. 83].

Signed: February 04, 2025

Jeffrey P. Norman
United States Bankruptcy Judge